UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:04-CR-00062-BR
NO: 5:16-CV-00269-BR

| | |
|---|---|
| LEVERNE SILVER ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| UNITED STATES OF AMERICA ) | |
| ) | |

This matter is before the court on the government's motion to dismiss petitioner's 28 U.S.C. § 2255 motion. At the time the government filed its motion, petitioner was represented by court-appointed counsel. Counsel did not file a response to the motion. Recently, the court allowed counsel to withdraw. Because petitioner is now proceeding *pro se*, the court will allow him the opportunity to respond to the government's motion to dismiss. Accordingly, within 10 days, the government is DIRECTED to serve on petitioner a copy of its motion and memorandum in support and file a certificate of service to that effect. The Clerk is then DIRECTED to serve petitioner notice of his obligation to respond to the motion.

This 11 April 2017.

_____
W. Earl Britt
Senior U.S. District Judge